**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed July 13, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00163-CV

---

## IN THE MATTER OF THE MARRIAGE OF BASIM MOUSILLI AND NOURA SWEED

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-49635**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from orders signed February 5, 2021 and February 25, 2021 sanctioning Appellants Lema Bazari and Basim Mousilli. On June 16, 2021, Lema Bazari filed an unopposed motion to dismiss the appeal on behalf of both parties. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.